B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>MS Mark Shale, LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>27-0480522 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>10441 Beaudin Boulevard<br>Woodridge, IL<br>ZIP Code 60517 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Will | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(12/11)      Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> MS Mark Shale, LLC |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed:  - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: <br> - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br>   Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

     _____
     (Name of landlord that obtained judgment)

     _____
     (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | MS Mark Shale, LLC |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X** _____<br>Signature of Debtor<br><br>**X** _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>**X** _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |
| **Signature of Attorney***<br><br>**X** /s/ Steven B. Towbin<br>Signature of Attorney for Debtor(s)<br>Steven B. Towbin 2848546<br>Printed Name of Attorney for Debtor(s)<br>Shaw Gussis et al<br>Firm Name<br>321 N. Clark Street<br>Suite 800<br>Chicago, IL 60654<br>Address<br><br>312-541-0151  Fax: 312-980-3888<br>Telephone Number<br>August 21, 2012<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br><br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>**X** _____<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: |
| **Signature of Debtor (Corporation/Partnership)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X** /s/ Richard A. Myers<br>Signature of Authorized Individual<br>Richard A. Myers<br>Printed Name of Authorized Individual<br>Manager<br>Title of Authorized Individual<br>August 21, 2012<br>Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.* |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   MS Mark Shale, LLC                                     Case No.
                              Debtor(s)                        Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| United Health Care<br>22703 Network Place<br>Chicago, IL 60673 | United Health Care<br>22703 Network Place<br>Chicago, IL 60673 | | | 187,496.36 |
| 900 North Michigan LLC<br>900 N Michigan Ave, #850<br>Chicago, IL 60611 | 900 North Michigan LLC<br>900 N Michigan Ave, #850<br>Chicago, IL 60611 | | | 151,989.70 |
| Oak Brook Shopping Center LLC<br>SDS-12-2892<br>PO Box 86<br>Minneapolis, MN 55486-2892 | Chuck Fleming, General Mgr<br>Oakbrook Center<br>100 Oakbrook Center<br>Oak Brook, IL 60523 | | | 124,172.64 |
| Jack Victor Ltd.<br>1250 Rue St Alexandre<br>Montreal Quebec  H3b 3H6<br>CANADA | Jack Victor Ltd.<br>1250 Rue St Alexandre<br>Montreal Quebec  H3b 3H6<br>CANADA | | | 116,856.75 |
| GGP Homart LLC II<br>4015 Paysphere Circle<br>Chicago, IL 60674 | Caryn Torres, General Mgr<br>Northbrook Court<br>2171 Northbrook Court<br>Northbrook, IL 60062 | | | 97,133.69 |
| Zanella<br>711 Fifth Ave<br>New York, NY 10022 | Zanella<br>711 Fifth Ave<br>New York, NY 10022 | | | 64,606.00 |
| PAC Operating LTD Partner<br>PO Box 742339<br>Reference Customer #02001907<br>Los Angeles, CA 90074-2339 | PAC Operating LTD Partner<br>PO Box 742339<br>Reference Customer #02001907<br>Los Angeles, CA 90074-2339 | | | 28,800.82 |
| Comonwealth Edison Company<br>Legal Revenue Recovery/Claims Dept<br>Three Lincoln Center<br>Oak Brook, IL 60181 | Comonwealth Edison Company<br>Legal Revenue Recovery/Claims Dept<br>Three Lincoln Center<br>Oak Brook, IL 60181 | | | 4,884.54 |
| Tribune Media Group<br>14891 Collections Center Dr<br>Chicago, IL 60693-0148 | Tribune Media Group<br>14891 Collections Center Dr<br>Chicago, IL 60693-0148 | | | 4,361.50 |

B4 (Official Form 4) (12/07) - Cont.

In re  MS Mark Shale, LLC  
                Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| UPS<br>Lockbox 577<br>Carol Stream, IL 60132-0577 | UPS<br>Lockbox 577<br>Carol Stream, IL 60132-0577 | | | 4,200.85 |
| Gill & Gill<br>6243 Park Ave<br>Morton Grove, IL 60053 | Gill & Gill<br>6243 Park Ave<br>Morton Grove, IL 60053 | | | 3,806.86 |
| DM Luxury<br>3280 Peachtree Rd NW, Ste 2300<br>Atlanta, GA 30305 | DM Luxury<br>3280 Peachtree Rd NW, Ste 2300<br>Atlanta, GA 30305 | | | 3,500.00 |
| Penske Truck Leasing Co.<br>PO Box 802577<br>Chicago, IL 60280-2577 | Penske Truck Leasing Co.<br>PO Box 802577<br>Chicago, IL 60280-2577 | | | 1,720.33 |
| Crain Communications Inc.<br>16309 Collections Center Dr<br>Chicago, IL 60693 | Crain Communications Inc.<br>16309 Collections Center Dr<br>Chicago, IL 60693 | | | 1,296.25 |
| Staples<br>Dept DET<br>PO Box 83689<br>Chicago, IL 60696-3689 | Staples<br>Dept DET<br>PO Box 83689<br>Chicago, IL 60696-3689 | | | 1,205.34 |
| Robert Talbott Studios (Rosenthal)<br>PO Box 996<br>Carmel Valley, CA 93924 | Robert Talbott Studios (Rosenthal)<br>PO Box 996<br>Carmel Valley, CA 93924 | | | 1,155.00 |
| ANSI<br>PO Box 4543<br>Carol Stream, IL 60197-4543 | ANSI<br>PO Box 4543<br>Carol Stream, IL 60197-4543 | | | 877.00 |
| Regency Lighting<br>Lockbox #16786<br>5505 B Cumberland Ave, Ste 307<br>Chicago, IL 60656-1471 | Regency Lighting<br>Lockbox #16786<br>5505 B Cumberland Ave, Ste 307<br>Chicago, IL 60656-1471 | | | 710.94 |
| Skip Gambert<br>436 Ferry St<br>Newark, NJ 07105 | Skip Gambert<br>436 Ferry St<br>Newark, NJ 07105 | | | 703.20 |
| Fujitec America<br>1930 Paysphere Circle<br>Chicago, IL 60674 | Fujitec America<br>1930 Paysphere Circle<br>Chicago, IL 60674 | | | 441.18 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  MS Mark Shale, LLC _____  Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  August 21, 2012         Signature  /s/ Richard A. Myers
                                        Richard A. Myers
                                        Manager

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### Northern District of Illinois

In re   MS Mark Shale, LLC                                             Case No.
                                                 Debtor(s)          Chapter    11

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:      53

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   August 21, 2012                     /s/ Richard A. Myers
                                              Richard A. Myers/Manager
                                              Signer/Title

.

900 North Michigan LLC
900 N Michigan Ave, #850
Chicago, IL 60611


ANSI
PO Box 4543
Carol Stream, IL 60197-4543


ARKADIN
PO Box 347261
Pittsburgh, PA 15251-4261


Arrow Messenger Service
1322 W Walton St
Chicago, IL 60642


AT&T
PO Box 8100
Aurora, IL 60507-8100


AT&T Mobility
PO Box 6463
Carol Stream, IL 60197-6463


Ballin (Northern Comfort Group)
37 W 57th St, #1100
New York, NY 10017


Caryn Torres, General Mgr
Northbrook Court
2171 Northbrook Court
Northbrook, IL 60062


Chuck Fleming, General Mgr
Oakbrook Center
100 Oakbrook Center
Oak Brook, IL 60523


City of Chicago, Department of Law
Attn: Esther Tryban Telser
30 N LaSalle St, Rm 900
Chicago, IL 60602

Comonwealth Edison Company
Legal Revenue Recovery/Claims Dept
Three Lincoln Center
Oak Brook, IL 60181


Crain Communications Inc.
16309 Collections Center Dr
Chicago, IL 60693


David J. Fischer
Edwards Wildman Palmer LLP
225 W Wacker Dr, Ste 3000
Chicago, IL 60606


DM Luxury
3280 Peachtree Rd NW, Ste 2300
Atlanta, GA 30305


Fujitec America
1930 Paysphere Circle
Chicago, IL 60674


GGP Homart LLC II
4015 Paysphere Circle
Chicago, IL 60674


Gill & Gill
6243 Park Ave
Morton Grove, IL 60053


Harold W. Sullivan
6133 N Kilpatrick Ave
Chicago, IL 60646


Illinois Attorney General
Attn:  Paul Gaynor
100 W Randolph St
Chicago, IL 60601


Illinois Department of Revenue
Bankruptcy Section, Level 7-425
100 W. Randolph St.
Chicago, IL 60601

```
Illinois Dept Of Employment Sec
Benefit Payment Control Div
PO Box 4385
Chicago, IL 60680


Internal Revenue Service
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114


Jack Victor Ltd.
1250 Rue St Alexandre
Montreal Quebec  H3b 3H6
CANADA


Jeffrey M. Wolf
Greenberg Traurig, LLP
One International Place
Boston, MA 02110


Jerry L. Switzer, Jr.
Polsinelli Shugart
161 N Clark St, Ste 4200
Chicago, IL 60601


Job Investments LLC
1973 Johns Drive
Glenview, IL 60025


Job Investments, LLC
5215 Old Orchard Rd, Ste 630
Skokie, IL 60077


John Belmont
6243 Park Ave
Morton Grove, IL 60053


Lamberto Losani
Villa Case Sparse 48/G
06063 Magione, Perugia
ITALY


Lisa Madigan
Illinois Attorney General
500 S Second St
Springfield, IL 62706
```

MS Finco, LLC
5215 Old Orchard Rd, Ste 630
Skokie, IL 60077


MS Mark Shale Holdings, LLC
10441 Beaudin Blvd
Woodridge, IL 60517


Nancy A. Peterman
Greenberg Traurig, LLP
77 W Wacker Dr, Ste 2500
Chicago, IL 60601


O'Brien International
Attn: David J. Moore
5215 Old Orchard Rd, Ste 630
Skokie, IL 60077


Oak Brook Shopping Center LLC
SDS-12-2892
PO Box 86
Minneapolis, MN 55486-2892


PAC Operating LTD Partner
PO Box 742339
Reference Customer #02001907
Los Angeles, CA 90074-2339


Penske Truck Leasing Co.
PO Box 802577
Chicago, IL 60280-2577


Rafael Klotz
Gordon Brothers Group
101 Huntington Ave, 10th Floor
Boston, MA 02199


Regency Lighting
Lockbox #16786
5505 B Cumberland Ave, Ste 307
Chicago, IL 60656-1471


Richard A. Myers
Mark Shale
10441 Beaudin Blvd, Ste 100
Woodridge, IL 60517

```
Robert Talbott Studios (Rosenthal)
PO Box 996
Carmel Valley, CA 93924


Scott Baskin
740 W Hutchinson St
Chicago, IL 60613


Skip Gambert
436 Ferry St
Newark, NJ 07105


Staples
Dept DET
PO Box 83689
Chicago, IL 60696-3689


Swisher
PO Box 473526
Charlotte, NC 28247-3526


Trafalgar
24207 Network Pl
Chicago, IL 60673-1242


Tribune Media Group
14891 Collections Center Dr
Chicago, IL 60693-0148


United Health Care
22703 Network Place
Chicago, IL 60673


UPS
Lockbox 577
Carol Stream, IL 60132-0577


Village of Northbrook
1225 Cedar Lane
Northbrook, IL 60062


Village of Oak Brook
1200 Oak Brook Rd
Oak Brook, IL 60523
```

```
West Town Refrigeration Corp
234 James St
Bensenville, IL 60106


Zanella
711 Fifth Ave
New York, NY 10022
```

# United States Bankruptcy Court
## Northern District of Illinois

In re   MS Mark Shale, LLC

Debtor(s)

Case No.

Chapter   11

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  MS Mark Shale, LLC  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

MS Mark Shale Holdings, LLC
10441 Beaudin Blvd
Woodridge, IL 60517

☐ None [*Check if applicable*]

August 21, 2012
Date

/s/ Steven B. Towbin
Steven B. Towbin 2848546
Signature of Attorney or Litigant
Counsel for   MS Mark Shale, LLC
Shaw Gussis et al
321 N. Clark Street
Suite 800
Chicago, IL 60654
312-541-0151 Fax:312-980-3888