# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MS MARK SHALE, LLC, | ) | Case No. 12-33041 |
| | ) | |
| Debtor. | ) | Hon. Jacqueline P. Cox |

### NOTICE OF FINAL HEARING ON DEBTOR'S MOTION FOR AUTHORITY TO USE CASH COLLATERAL AND FOR RELATED RELIEF

**PLEASE TAKE NOTICE AS FOLLOWS**:

1.  On August 21, 2012 (the "Petition Date"), MS Mark Shale, LLC ("Debtor") filed a voluntary petition for relief under Chapter 11 of the United States Code, 11 U.S.C. §§ 101 et seq., in the United States Bankruptcy Court for the Northern District of Illinois (the "Bankruptcy Court"). Since the Petition Date, the Debtor has remained in possession of its assets and has continued to operate its business as a debtor in possession in accordance with 11 U.S.C. §§ 1107 and 1108. The Debtor has substantially all of the rights and powers of a trustee in bankruptcy pursuant to 11 U.S.C. § 1107(a).

2.  On August 21, 2012, the Debtor filed a motion (the "Motion") for authority to use cash collateral on an interim and final basis pursuant to 11 U.S.C. § 363(c)(2), Fed. R. Bank. P. 4001(b), and L.R. 4001-2.

3.  On August 23, 2012, the Bankruptcy Court approved the entry of an interim order permitting the use of cash collateral and scheduling a final hearing on the Motion (the "Interim Order").

4.  A final hearing on the Motion and the relief requested therein shall be held on **September 11, 2012 at 9:30 a.m.** (the "Final Hearing") before the **Honorable Jacqueline P. Cox in Courtroom 680 of the United States Bankruptcy Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois**, or in her absence, before such other Judge who may be sitting in her place, at which time and place you may appear if you deem fit. Such hearing may be continued from time to time without further notice other than by announcement in open court.

5.  At the Final Hearing, the Debtor will request that the Court enter the final order permitting the use of cash collateral on a final basis attached hereto as Exhibit A (the "Final Order"). The Debtor has included a redline draft to reflect the changes from the Interim Order to the Final Order attached hereto as Exhibit B.

Steven B. Towbin
Shaw Gussis Fishman Glantz
 Wolfson & Towbin LLC
321 North Clark Street, Suite 800
Chicago, Illinois 60654
Tel: (312) 541-0151
*Counsel for the Debtor*

## CERTIFICATE OF SERVICE

Steven B. Towbin an attorney, hereby certifies that he caused a true copy of the foregoing **Notice of Final Hearing on Debtor's Motion for Authority to Use Cash Collateral and for Related Relief** to be served upon the parties that receive notice via CM/ECF and the below Service List via first class U.S. Mail, postage prepaid, on this 28th day of August, 2012.

                                          */s/ Steven B. Towbin*

**Mailing Information for Case 12-33041**
**Electronic Mail Notice List**
**The** following is the list of **parties** who are currently on the list to receive email notice/service for this case.
- Kimberly A Bacher    kbacher@shawgussis.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Phillip W. Nelson    pnelson@edwardswildman.com, ksoto@edwardswildman.com;ECFFilings@edwardswildman.com
- Nancy A Peterman    petermann@gtlaw.com, ChiBkyDocket@gtlaw.com;greenbergc@gtlaw.com
- Peter J Roberts    proberts@shawgussis.com
- Rebecca D. Rosenthal    rosenthalr@gtlaw.com
- Jean Soh    jsoh@polsinelli.com
- Jerry L Switzer    jswitzer@polsinelli.com
- Steven B Towbin    stowbin@shawgussis.com

## SERVICE LIST (includes all creditors)

Kathryn Marie Gleason
Office of the U.S. Trustee
219 S. Dearborn St., Suite 873
Chicago, IL 60604

Jerry L. Switzer, Jr.
Polsinelli Shughart PC
161 N. Clark St., Ste. 4200
Chicago, IL 60601

Kristen N. Pate
GGP Limited Partnership, as Agent
110 N. Wacker Dr.
Chicago, IL 60606

900 North Michigan LLC
900 N Michigan Ave, #850
Chicago, IL 60611

ANSI
PO Box 4543
Carol Stream, IL 60197-4543

ARKADIN
PO Box 347261
Pittsburgh, PA 15251-4261

Arrow Messenger Service
1322 W Walton St.
Chicago, IL 60642

AT&T
PO Box 8100
Aurora, IL 60507-8100

AT&T Mobility
PO Box 6463
Carol Stream, IL 60197-6463

Ballin (Northern Comfort Group)
37 W 57th St., #1100
New York, NY 10017

Caryn Torres, General Mgr
Northbrook Court
2171 Northbrook Court
Northbrook, IL 60062

Chuck Fleming, General Mgr
Oakbrook Center
100 Oakbrook Center
Oak Brook, IL 60523

City of Chicago, Department of Law
Attn: Esther Tryban Telser
30 N. LaSalle St., Rm 900
Chicago, IL 60602

Comonwealth Edison Company
Legal Revenue Recovery/Claims Dept
Three Lincoln Center
Oak Brook, IL 60181

Crain Communications Inc.
16309 Collections Center Dr.
Chicago, IL 60693

David J. Fischer
Edwards Wildman Palmer LLP
225 W Wacker Dr., Ste 3000
Chicago, IL 60606

DM Luxury
3280 Peachtree Rd. NW, Ste 2300
Atlanta, GA 30305

Fujitec America
1930 Paysphere Circle
Chicago, IL 60674

GGP Homart LLC II
4015 Paysphere Circle
Chicago, IL 60674

Gill & Gill
6243 Park Ave.
Morton Grove, IL 60053

Harold W. Sullivan
6133 N. Kilpatrick Ave.
Chicago, IL 60646

Illinois Attorney General
Attn: Paul Gaynor
100 W. Randolph St.
Chicago, IL 60601

Illinois Department of Revenue
Bankruptcy Section, Level 7-425
100 W. Randolph St.
Chicago, IL 60601

Illinois Dept Of Employment Sec
Benefit Payment Control Div.
PO Box 4385
Chicago, IL 60680

Internal Revenue Service
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114

Jack Victor Ltd.
1250 Rue St Alexandre
Montreal Quebec  H3b 3H6
CANADA

Jeffrey M. Wolf
Greenberg Traurig, LLP
One International Place
Boston, MA 02110

Job Investments LLC
1973 Johns Drive
Glenview, IL 60025

Job Investments, LLC
5215 Old Orchard Rd., Ste 630
Skokie, IL 60077

John Belmont
6243 Park Ave.
Morton Grove, IL 60053

Lamberto Losani
Villa Case Sparse 48/G
06063 Magione, Perugia
ITALY

Lisa Madigan
Illinois Attorney General
500 S. Second St.
Springfield, IL 62706

MS Finco, LLC
5215 Old Orchard Rd., Ste 630
Skokie, IL 60077

MS Mark Shale Holdings, LLC
10441 Beaudin Blvd.
Woodridge, IL 60517

Nancy A. Peterman
Greenberg Traurig, LLP
77 W. Wacker Dr., Ste 2500
Chicago, IL 60601

O'Brien International
Attn: David J. Moore
5215 Old Orchard Rd., Ste 630
Skokie, IL 60077

Oak Brook Shopping Center LLC
SDS-12-2892
PO Box 86
Minneapolis, MN 55486-2892

PAC Operating LTD Partner
PO Box 742339
Reference Customer #02001907
Los Angeles, CA 90074-2339

Penske Truck Leasing Co.
PO Box 802577
Chicago, IL 60280-2577

Rafael Klotz
Gordon Brothers Group
101 Huntington Ave., 10th Floor
Boston, MA 02199

Regency Lighting
Lockbox #16786
5505 B Cumberland Ave., Ste 307
Chicago, IL 60656-1471

Richard A. Myers
Mark Shale
10441 Beaudin Blvd., Ste 100
Woodridge, IL 60517

Robert Talbott Studios (Rosenthal) *
PO Box 996
Carmel Valley, CA 93924

Scott Baskin
740 W. Hutchinson St.
Chicago, IL 60613

Skip Gambert
436 Ferry St.
Newark, NJ 07105

Staples
Dept DET
PO Box 83689
Chicago, IL 60696-3689

Swisher
PO Box 473526
Charlotte, NC 28247-3526

Trafalgar
24207 Network Pl.
Chicago, IL 60673-1242

Tribune Media Group
14891 Collections Center Dr.
Chicago, IL 60693-0148

United Health Care
22703 Network Place
Chicago, IL 60673

UPS
Lockbox 577
Carol Stream, IL 60132-0577

Village of Northbrook
1225 Cedar Lane
Northbrook, IL 60062

Village of Oak Brook
1200 Oak Brook Rd.
Oak Brook, IL 60523

West Town Refrigeration Corp
234 James St.
Bensenville, IL 60106

Zanella
711 Fifth Ave.
New York, NY 10022

Antonia Barron
9316 Thurlee Place
Orlando, FL 32827

IF Soho Ltd.
94 Grand St.
New York, NY 10013

Etten Eller
232 3rd St. #C301
Brooklyn, NY 11215

Corneliani USA Inc
595 Madison Ave., 32nd Floor
New York, NY 10022

Gitman Brothers
2309 Chesnut St.
Ashland, PA 17921

Wolford America
11 E 26th St., #1301
New York, NY 10010

34 Heritage/Mavi Jeans
201 Penhorn Ave., #4
Seacaucus, NJ 07094